# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| PATRICIA GONZALEZ, | ) |
|     Petitioner, | ) Civil Action No. 7:07cv00222 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| UNITED STATES OF AMERICA, | ) By: Hon. James C. Turk |
|     Respondent. | ) Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

## ADJUDGED AND ORDERED

that the respondent's motion to dismiss shall be and hereby is **GRANTED**, Petitioner's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 shall be and hereby is **DISMISSED,** and the action is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 17th day of October, 2007.

/s/ James C. Turk
Senior United States District Judge